AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:20-mj-00245 |
| v. | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 12/04/2020 |
| DAVID JEREMY ZOBEL | ) | Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 3, 2020** in the county of _____ in the
_____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252(a)(2) | Knowingly distributed any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer. |
| 18 U.S.C. § 2251(a) and (e) | Attempted to employ, use, persuade, induce, entice, or coerce a minor, with the intent that such minor engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☑ Continued on the attached sheet.

_____
Complainant's signature

Emily Eckert, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 4th day of December 2020.

Date: 12/04/2020                              2020.12.04 19:07:24 -05'00'
_____
Judge's signature

City and state:   Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*