**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on January 28, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 20-MJ-245** |
| | : | |
| **DAVID JEREMY ZOBEL,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2252(a)(2) and (b)(1)** |
| Defendant. | : | **(Distribution of Child Pornography)** |
| | : | **18 U.S.C. §§ 2251(a) and (e)** |
| | : | **(Attempt Sexual Exploitation of a** |
| | : | **Minor)** |
| | : | **18 U.S.C. § 2260A** |
| | : | **(Commission of a Felony Offense by an** |
| | : | **Individual Required to Register as a** |
| | : | **Sex Offender)** |

**INDICTMENT**

The Grand Jury Charges that:

**COUNT ONE**

On or about December 3, 2020, within the District of Columbia and elsewhere, the defendant, **DAVID JEREMY ZOBEL**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1))

**COUNT TWO**

On or about December 4, 2020, within the District of Columbia and elsewhere, the defendant, **DAVID JEREMY ZOBEL**, did knowingly distribute any visual depiction, using any

means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, to wit: an image of an identified minor, Minor Victim 1.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1))

## COUNT THREE

On or about December 4, 2020, within the District of Columbia and elsewhere, the defendant, **DAVID JEREMY ZOBEL**, did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, to wit: image file 79669e9d-3548-43b8-b4fd-8cd2e9a83c3b.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1))

## COUNT FOUR

On or about December 3, 2020, within the District of Columbia and elsewhere, the defendant, **DAVID JEREMY ZOBEL**, did knowingly and intentionally attempt to employ, use, persuade, induce, entice, and coerce any minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and transmitting a live visual depiction of such conduct knowing and having reason to know that such visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce,

knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction would be transported using any means and facility of interstate and foreign commerce, and the visual depiction was transported in and affecting interstate or foreign commerce.

(**Attempt Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT FIVE

On December 3, 2020, within the District of Columbia and elsewhere, the defendant, **DAVID JEREMY ZOBEL**, an individual who has a prior sex offense conviction for Coercion and Enticement in violation of 18 U.S.C. § 2422(b) in the District Court of the Southern District of Ohio, and who is required by federal or other law to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Section 2251(a), as charged in Count Four of this Indictment.

(**Commission of a Felony Offense by an Individual Required to Register as a Sex Offender**, in violation of Title 18, United States Code, Section 2260A)

A TRUE BILL

FOREPERSON

*Channing D Phillips / JSL*

Attorney of the United States
And for the District of Columbia