UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID ZOBEL,<br>         Defendant. | Case No.: 1:21-cr-00333-EGS-1<br><br>**MOTION TO CONVERT NOVEMBER 16, 2022, IN-PERSON STATUS HEARING TO VIRTUAL HEARING** |

COMES NOW, counsel for David Zobel, to respectfully request this Honorable Court to convert the in-person status hearing currently scheduled for November 16, 2022, to a virtual hearing. In support of its motion, counsel states as follows:

1. The defendant is charged with Distribution of Child Pornography in violation of 18 U.S.C. §2252(a)(2) and (b)(1), Attempt Sexual Exploitation of a Minor in violation of 18 US.C. §§2251(a) and (e), and Commission of a Felony Offense by an Individual Required to Register as a Sex Offender in violation of 18 U.S.C. 2260A.

2. An in-person status conference is scheduled for November 16, 2022.

3. Due to age, health, and family reasons undersigned counsel has relocated to Florida.

*United States v. David Zobel*
Case No. 1:21-cr-00333-EGS-1

MOTION TO CONVERT NOVEMBER 16, 2022,
IN-PERSON STATUS HEARING TO A VIRTUAL
HEARING
Page No. 1

CONVERT 22/11/09 09:08:26

Law Office of Joseph R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.236.1147
Email:  dcgunlaw@gmail.com

4. Undersigned counsel intends to continue his representation of the defendant due to the investment of time already committed in this matter. Furthermore, counsel intends to pay all travel and related expenses incurred in the further representation of the defendant including any motions hearings, plea hearings, trial, and sentencing.

5. The status hearing set for November 16, 2022, will not involve any complex or other issues but will solely be for the purpose of setting a further date in the matter.

6. Given the limited nature of the status hearing, an in-person hearing, which would require travel for the undersigned, does not appear warranted under the circumstances.

WHEREFORE, counsel respectfully requests that this Court convert the in-person status hearing to a virtual hearing.

Dated:  November 9, 2022

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
Counsel for David Zobel
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:        202.236.1147
Email:   dcgunlaw@gmail.com

*United States v. David Zobel*
Case No. 1:21-cr-00333-EGS-1

MOTION TO CONVERT NOVEMBER 16, 2022,
IN-PERSON STATUS HEARING TO A VIRTUAL
HEARING
Page No. 2

CONVERT 22/11/09 09:08:26

Law Office of Joseph R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone: 202.236.1147
Email: dcgunlaw@gmail.com