IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   CASE NO.  21-333-RCL |
| | * |
| DAVID ZOBEL | * |

\* \* \* \* \* \* \* \* \*

**STATUS REPORT**

1. The parties were last before the court on June 6, 2024, for an in-person status conference.

2. Since that date, undersigned counsel has had an opportunity to meet with his client.

3. After meeting with counsel, Mr. Zobel has decided to proceed to a jury trial.

4. The parties have conferred about their availability and have identified June 9, 2024, as a potential trial date.

5. Undersigned counsel only has availability to begin trial in early January 2025 or June 2025.

6. Government counsel informed undersigned counsel that its witnesses would not be available for trial in January 2025.

7. Undersigned counsel has the following cases currently scheduled for trial:

   a. *United States v. Willis et. al*, 22-048-TDC, in the United States District Court of Maryland, (scheduled for a two-week trial, beginning October 15, 2024).

   b. *United States v. Grayson et. al.*, 23-007-JMC, in the United States District Court for the District of Columbia. (scheduled for a four-to-five-week trial, beginning October 28, 2024).

   c. *United States v. Kennedy, et. al.*, 23-061-PJM, in the United States District Court for the District of Maryland. (scheduled for a two-week trial, beginning January 27, 2025).

   d. *United States v. Tem,* 23-078-TDC**,** in the United States District Court for the District of Maryland (scheduled for a two-week trial, beginning February 10, 2025).

   e. *United States v. Burns*, 24-151-JMC, in the United States District Court for the District of Columbia (scheduled for a week-long trial, beginning March 10, 2025).

f.  <u>United States v. Cowan et. al., 23-379-ABJ,</u> in the United States District Court for the District of Columbia, (scheduled for a four-to-five-week trial, beginning April 8, 2025)

8.  Undersigned counsel also has travel scheduled from December 16, 2024, through December 31, 2024; February 28, 2025, through March 7, 2025; March 21, 2025, through April 1, 2025; and May 28 through June 6, 2025.

> Respectfully submitted
>
> *Alfred Guillaume*
>
> Alfred Guillaume III, Esq.  #MD0085
> Law Offices of Alfred Guillaume III, LLC
> 1350 Connecticut Ave. NW, Suite 308
> Washington, D.C. 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August 2024, a copy of this report was sent electronically via CM/ECF to all parties of record.

*Alfred Guillaume*
Alfred Guillaume III, Esq.