CO-290
Notice of Appeal Criminal                                                                    Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )            Criminal No. __21-CR-333 (RJL)____
)
David Jeremy Zobel_____ )

## NOTICE OF APPEAL

Name and address of appellant:            **United States of America**

Name and address of appellant's attorney:      Edward R. Martin, Jr.
United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530

Offense:  Distribution of Child Pornography (18 U.S.C. § 2252(a)(2), (b)(2)); Attempted Sexual Exploitation of a Child (18 U.S.C. § 2251(a)(e)

Concise statement of judgment or order, giving date, and any sentence:

Ruling from the bench by the Honorable Richard J. Leon on March 17, 2025, (1) excluding evidence referring or relating to appellee/defendant's prior conviction in 2011; and (2) indicating that the Court will consider dismissing midtrial the charge of Attempted Sexual Exploitation of a Child as a matter of law, and declining to issue that ruling in advance of trial.

Name and institution where now confined, if not on bail:  William G. Truesdale Adult Detention Center (Alexandria, VA)

        I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

March 18, 2025                              United States of America
_____            _____
DATE                                        APPELLANT
                                            /s/ Edward R. Martin, Jr.
                                            _____
                                            ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [✔]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]
Does counsel wish to appear on appeal?                      YES [✔]    NO [ ]
Has counsel ordered transcripts?                           YES [✔]    NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]    NO [✔]