**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Case No. 21-333-RJL** |
| **DAVID ZOBEL** | * | |

\* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE

Alfred Guillaume III moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. Undersigned counsel was appointed to represent the Defendant pursuant to a CJA appointment on January 31, 2024.

2. In recent months, and weeks, the relationship between the defendant and undersigned counsel has deteriorated.

3. Undersigned counsel believes the defendant has lost faith in counsel's ability to zealously represent him in this case.

4. Undersigned counsel believes that the defendant would best be served by new counsel.

5. Undersigned counsel has informed the Federal Defender, A.J. Kramer, of the situation and his intent to withdraw from the case.

**WHEREFORE**, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, Ste. 308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of May 2026, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*

Alfred Guillaume III